FREEMAN (PEGGY) *v.* BAILEY, STATE TAX COLLECTOR

No. 39454          February 7, 1955          77 So. 2d 684

See headnotes and briefs in case of Freeman (P. D.) v. Bailey, State Tax Collector, Cause No. 39453, reported in 222 Miss. 904, 77 So. 2d 682.

*D. Gary Sutherland,* Hattiesburg, for appellant.

*Overton A. Currie,* Hattiesburg, for appellee.

HALL, J.

This case is identical with and is controlled by the decision in P. D. Freeman v. Mrs. Thomas L. Bailey, State Tax Collector, No. 39,453, this day decided.

Affirmed.

*Roberds, P. J.,* and *Lee, Holmes* and *Ethridge, JJ.,* concur.